FILED
2013 Oct-31  PM 01:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

TRAVIS D. BURNS                          )
                                         )
            Plaintiff                    )
                                         )
        vs.                              )        Case No.  4:12-cv-2821-IPJ-HGD
                                         )
LONZIE EDWARDS,                          )
                                         )
            Defendant                    )

## MEMORANDUM OF OPINION

The plaintiff, Travis D. Burns, hereinafter referred to as "the plaintiff," has filed a *pro se* complaint pursuant to 42 U.S.C. § 1983, alleging that rights, privileges, or immunities afforded him under the Constitution or laws of the United States were abridged during his incarceration at St. Clair Correctional Facility.  The magistrate judge filed a report and recommendation on October 9, 2013, recommending that this summary judgment be granted in favor of the defendant and against the plaintiff, and that this action be dismissed with prejudice.  No objections have been filed.

Having carefully reviewed and considered de novo all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report it due to be and is hereby ADOPTED and the recommendation is ACCEPTED.   Accordingly, summary judgment is

GRANTED , the court finding no genuine issues of fact remain and that the defendant is entitled to judgment in his favor as a matter of law.

A Final Judgment in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 31st day of October, 2013.

_____
INGE PRYTZ JOHNSON
SENIOR U.S. DISTRICT JUDGE